UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00368-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL RICHARD SCHERER,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, August 6, 2010,** and responses to these motions shall be filed by **Friday, August 20, 2010.** It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, September 13, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated this 20th day of July, 2010.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL
                        CHIEF U. S. DISTRICT JUDGE