UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00368-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL RICHARD SCHERER,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On July 30, 2010, Defendant filed a Motion to Suppress Physical Evidence and Statements (ECF No. 11). Accordingly, the jury trial set for September 13, 2010 is **VACATED.** The parties are ordered to contact my chambers at 303-335-2170 not later than **August 13, 2010** in order to set an evidentiary hearing on this motion.

    Dated: August 2, 2010