UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00368-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MICHAEL RICHARD SCHERER,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      This matter comes before the Court upon review of the file.  In light of the fact that the evidentiary hearing concluded on November 3, 2010, a continuation of the hearing is unnecessary.  Thus, the continued hearing set for November 12, 2010 is **VACATED**.

      Dated:  November 8, 2010