UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00368-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  MICHAEL RICHARD SCHERER,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A three-day jury trial is set to commence on **Monday, February 28, 2011 at 9:00 a.m.**  The parties are directed to contact my chambers should a final trial preparation need to be set in advance of the trial.

     Dated:  January 11, 2011