UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00368-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MICHAEL RICHARD SCHERER,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on January 14, 2011. Accordingly, the trial set for February 28, 2011 is **VACATED.**  A Change of Plea hearing is set for **Monday, March 21, 2011 at 9:00 a.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated:  January 14, 2011