IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Criminal Case No.  10-cr-00368-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MICHAEL RICHARD SCHERER,

      Defendant.

---

ORDER GRANTING UNITED STATES' MOTION TO DISMISS COUNTS
TWO, FOUR AND FIVE OF INDICTMENT

---

      Upon the motion of the United States of America and for good cause shown, it is hereby

      ORDERED that Government's Motion to Dismiss Counts Two, Four, and Five of the Indictment at Time of Sentencing (ECF Doc. #40), filed June 14, 2011, is **GRANTED.**  It is further

      ORDERED that Counts Two, Four and Five of the Indictment in this matter are dismissed.

      Dated:  June 28, 2011.

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        CHIEF UNITED STATES DISTRICT JUDGE