IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Criminal Case No.  10-cr-00368-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  MICHAEL RICHARD SCHERER,

     Defendant.

## ORDER

     THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same, it is hereby

     ORDERED that Government's Motion Under U.S.S.G. 3E1.1(b) for 1-level Reduction in Defendant's Offense Level for Acceptance of Responsibility (ECF Doc. #41), filed June 14, 2011, is **GRANTED.**  It is further

     ORDERED that defendant be granted an additional one-level decrease in the offense level.

     Dated:  June 28, 2011.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      CHIEF UNITED STATES DISTRICT JUDGE